Thursday,
December 10.

Hooper v. The State.

APPEAL from the *Vigo* Circuit Court.

*Per Curiam.*—This case presents precisely the question in *McLaughlin* v. *The State*, 8 Ind. R. 281, and is reversed for the reasons there given; and the keeper of the state prison is ordered to be notified to return the prisoner for a new trial, &c.

*J. P. Baird* and *C. Cruft*, for the appellant.
*T. H. Nelson*, for the state.

9   572
128  185

9b  572
136  374
136  678

9b  572
137  190

9   572
Case 2
159  411

Gatling v. Newell and Another.

Note.—The abstract of this valuable case has been purposely made very full. The exact language of the learned Judge who delivered the opinion of the Court, has been adopted in the statement of most of the points, with some slight changes for the sake of brevity.